NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WEI JUN CHEN,<br><br>Defendant - Appellant. | No. 04-10144<br><br>D.C. No.<br>CR-03-00016-ARM-02<br><br>MEMORANDUM* |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JIA HUAN CHEN,<br><br>Defendant - Appellant. | No. 04-10164<br><br>D.C. No.<br>CR-03-00016-ARM-003 |

Appeal from the United States District Court
for the District of the Northern Mariana Islands
Alex R. Munson, Chief District Judge, Presiding

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

Submitted January 9, 2006[**]

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

Wei Jun Chen and Jia Huan Chen appeal their 78-month sentences imposed following convictions for conspiracy to collect extensions of credit by extortionate means, and collection of extensions of credit by extortionate means, in violation of 18 U.S.C. §§ 2 and 894. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand to the sentencing court to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc).

**REMANDED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 1 0 2006

by: [signature]
Deputy Clerk

---

[**] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).