**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

F I L E D
Clerk
District Court

FEB 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WEI JUN CHEN,<br><br>Defendant - Appellant. | No. 04-10141<br>D.C. No. CR-03-00016-ARM-02<br><br><br>**JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JIA HUAN CHEN,<br><br>Defendant - Appellant. | No. 04-10164<br>D.C. No. CR-03-00016-ARM<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the Northern Mariana Islands.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern Mariana Islands and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 01/19/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 1 0 2006

by: _____
Deputy Clerk