FILED
Clerk
District Court

FEB 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03-00016-02 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER THAT U.S. MARSHAL TRANSPORT DEFENDANT TO SAIPAN FOR RE-SENTENCING HEARING |
| WEI JUN CHEN, | ) | |
| Defendant | ) | |

IN ACCORDANCE with the mandate issued February 10, 2006, and due to technical impediments that prevent defendant appearing by video teleconference,

IT IS ORDERED that the U.S. Marshal shall, at the earliest opportunity, transport defendant from his place of incarceration to Saipan for his re-sentencing hearing. The hearing will be set on short notice once defendant has arrived on Saipan.

DATED this 22nd day of February, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)