F I L E D
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA               )       CRIMINAL ACTION NO. 03-00016-002
                                       )
              Plaintiff,               )
                                       )
       vs.                             )       ORDER SETTING
                                       )       SENTENCING DATE
WEI JUN CHEN,                          )
                                       )
              Defendant.               )
_____

        IT IS HEREBY ORDERED that Sentencing for the above mentioned defendant is

scheduled for **Tuesday, May 23, 2006** commencing at the hour of ten o'clock a.m.


        DATED this 12th day of May, 2006.



                                       _____
                                       ALEX R. MUNSON, Chief Judge