**ORIGINAL**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00016-002 |
| | ) | |
| Plaintiff, | ) | Garapan, Saipan |
| | ) | Tuesday, MAY 23, 2006 |
| vs. | ) | |
| | ) | |
| CHEN WEI JUN, | ) | **REPORTER'S TRANSCRIPT OF** |
| | ) | **RESENTENCING OF CHEN, WEI JUN** |
| Defendant. | ) | |
| | ) | |

**BEFORE THE HONORABLE ALEX R. MUNSON**
**CHIEF JUDGE, UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

**APPEARANCES**:

For Plaintiff:        Timothy Moran
                      Assistant United States Attorney
                      MARIANAS DISTRICT
                      Horiguchi Building, Third Floor
                      P. O. Box 500377
                      Saipan, MP 96950
                      Telephone: (670) 236-2986
                      Facsimile: (670) 236-2945

For Defendant        Bruce Berline
   Mr. CHEN Wei Jun:  Attorney at Law
                      P. O. Box 5682
                      Saipan, MP 96950
                      Telephone: (670) 233-3663
                      Facsimile: (670) 233-5262

Also Present:        Defendant Mr. CHEN Wei Jun

Chinese/English
Interpreter:         Mr. Aby Leung

F I L E D
Clerk
District Court

JUL 2 1 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950